

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Tel: 202-514-3469
May 6, 2025

VIA CM/ECF
Clifton Cislak
Clerk, United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse & William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

    Re:    *Talbott v. United States*, No. 25-5087 (oral argument April 22, 2025)

Dear Mr. Cislak:

    We write to inform the Court that today, the Supreme Court granted the government's application for a stay pending disposition of the appeal in *Shilling v. Trump*, No. 25-2039 (9th Cir.), and disposition of any timely petition for a writ of certiorari. The Order is attached.

                               Sincerely,

                               */s/ Amanda L. Mundell*
                               Amanda L. Mundell

(ORDER LIST: 605 U.S.)

TUESDAY, MAY 6, 2025

ORDER IN PENDING CASE

24A1030    UNITED STATES, ET AL. V. SHILLING, COMMANDER, ET AL.

    The application for stay presented to Justice Kagan and by her referred to the Court is granted. The March 27, 2025 preliminary injunction entered by the United States District Court for the Western District of Washington, case No. 2:25-cv-241, is stayed pending the disposition of the appeal in the United States Court of Appeals for the Ninth Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought. Should certiorari be denied, this stay shall terminate automatically. In the event certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

    Justice Sotomayor, Justice Kagan, and Justice Jackson would deny the application.