# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
| | |
|---|---|
| NICHOLAS TALBOTT, *et al.*, | ) |
| | ) |
| Plaintiffs-Appellees, | ) |
| | ) |
| v. | )  No. 25-5087 |
| | ) |
| UNITED STATES OF AMERICA, *et al*. | ) |
| | ) |
| Defendants-Appellants. | ) |
_____

### NOTICE OF PARTIES' CONSENT FOR FILING OF AN
### *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS

Pursuant to Rule 29(a), Federal Rules of Appellate Procedure, and D.C. Circuit Rule 29(b), Lt. Gen. Michael T. Flynn (USA-Ret.), America's Future, Citizens United, Public Advocate of the United States, Public Advocate Foundation, U.S. Constitutional Rights Legal Defense Fund, and Conservative Legal Defense and Education Fund (the "*amici curiae*"), by and through their undersigned counsel, hereby give notice that the parties have consented to the filing of this *amicus curiae* brief in support of Defendants-Appellants.

    Respectfully submitted,

    */s/ William J. Olson*

    _____
    *William J. Olson
    Jeremiah L. Morgan
    WILLIAM J. OLSON, P.C.

2

370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com

Attorneys for *Amici Curiae*
Lt. Gen. Michael T. Flynn (USA-Ret.), *et al.*

September 29, 2025

*Counsel of record

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, and D.C. Circuit Rules 26.1 and 29(b), it is hereby stated that the organizational *amici curiae* are non-stock, nonprofit corporations, which have no parent company, and no person or entity owns them or any part of them.

Respectfully submitted,

*/s/ William J. Olson*
_____
William J. Olson
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com
Attorneys for *Amici Curiae*

September 29, 2025
*Counsel of record

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, the foregoing Notice of Parties' Consent for Filing of an *Amicus Curiae* Brief in Support of Defendants-Appellants, together with the Rule 26.1 Corporate Disclosure Statement, was served upon the parties by the Court's Case Management/ Electronic Case Files system to the attorneys for the respective parties.

                                               */s/ William J. Olson*
                                               William J. Olson
                                               WILLIAM J. OLSON, P.C.
                                               370 Maple Avenue West, Suite 4
                                               Vienna, VA  22180-5615
                                               (703) 356-5070
                                               wjo@mindspring.com