**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5087

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**NICOLAS TALBOTT** *et al.*,

Plaintiffs-Appellees,

v.

**UNITED STATES OF AMERICA** *et al.*,

Defendants-Appellants.

———————

ON APPEAL FROM THE DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
No. 25-cv-240 (ACR)
(The Honorable Ana C. Reyes)

———————

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR A 14-DAY
EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

———————

Jennifer Levi
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311

Shannon P. Minter
Christopher F. Stoll
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257

Sara E. Kropf
KROPF MOSELEY PLLC
1100 H Street, NW Ste 1220
Washington, DC 20003
Telephone: (202) 627-6900

*Counsel for Plaintiffs-Appellees*

October 3, 2025

Pursuant to D.C. Circuit Rule 28(e), Plaintiffs-Appellees respectfully move the Court to extend the time to file their brief in this appeal, which is currently due on or before October 23, 2025. Plaintiffs-Appellees request that the Court extend the time to file their brief by 14 days, or until November 6, 2025. Counsel for Defendants-Appellants have advised undersigned counsel that they consent to this motion.

1. This is an appeal from the district court's March 18, 2025, opinion and order granting Plaintiffs-Appellants a preliminary injunction that bars Defendants-Appellees from implementing the U.S. Department of Defense's policy regarding service by transgender service members as directed in Presidential Executive Orders issued in 2025. Defendants-Appellants also appeal the district court's March 26, 2025, opinion and order denying the government's motion to dissolve the preliminary injunction.

2. On March 27, 2025, this Court granted Defendants-Appellants' request for an administrative stay of the district court's preliminary injunction to give the court sufficient opportunity to consider Defendants-Appellants' emergency motion for stay pending appeal. The Court held oral argument on Defendants-Appellants' stay motion in April and has not yet ruled on the motion.

3. On August 15, 2025, the Court entered an order establishing a schedule for briefing on the merits of this appeal. Pursuant to that schedule, Defendants-

1

Appellants filed their opening brief on September 23, 2025. Under the Court's scheduling order, Plaintiffs-Appellees' brief is presently due on or before October 23, 2025, and Defendants-Appellants' reply brief is due on or before November 13, 2025.

4. The requested 14-day extension of time for Plaintiffs-Appellees to file their brief on the merits is necessary because of previously planned extended travel by multiple attorneys for Plaintiffs-Appellees during the first three weeks of October.

5. Plaintiffs-Appellees would not oppose an extension of Defendants-Appellants' time to file their reply brief to avoid the necessity for that brief to be filed during the Thanksgiving holiday weekend.

6. No date for oral argument has been scheduled in this appeal, so the extension would not require rescheduling any previously set oral argument date.

7. For these reasons, Plaintiffs-Appellees submit that good cause exists for a short extension of the briefing schedule in this appeal. Plaintiffs-Appellees request the Court extend the time to file their brief until November 6, 2025.

DATED: October 3, 2025                Respectfully submitted,

Jennifer Levi                         Shannon P. Minter
GLBTQ LEGAL ADVOCATES &               Christopher F. Stoll
DEFENDERS                             NATIONAL CENTER FOR LGBTQ RIGHTS
18 Tremont Street, Suite 950          1401 21st Street #11548
Boston, MA 02108                      Sacramento, CA 95811
Telephone: (617) 426-1350             Telephone: (415) 392-6257

| | |
|---|---|
| Joseph J. Wardenski<br>WARDENSKI P.C.<br>134 West 29th Street, Suite 709<br>New York, NY 10001<br>Telephone: (347) 913-3311 | Sara E. Kropf<br>KROPF MOSELEY PLLC<br>1100 H Street, NW, Suite 1220<br>Washington, DC 20003<br>Telephone: (202) 627-6900 |

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski