**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5087

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**NICOLAS TALBOTT *et al.*,**

Plaintiffs-Appellees,

v.

**UNITED STATES OF AMERICA *et al.*,**

Defendants-Appellants.

———————

ON APPEAL FROM THE DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
No. 25-cv-240 (ACR)
(The Honorable Ana C. Reyes)

———————

**CERTIFICATE OF COMPLIANCE**

———————

Jennifer Levi
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311

Shannon P. Minter
Christopher F. Stoll
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257

Sara E. Kropf
KROPF MOSELEY PLLC
1100 H Street, NW Ste 1220
Washington, DC 20003
Telephone: (202) 627-6900

*Counsel for Plaintiffs-Appellees*

October 3, 2025

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that Plaintiffs-Appellees' Unopposed Motion for a 14-Day Extension of Time to File Appellees' Brief [Dkt. No. 2138628] complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Circuit Rules 27-1(1)(d) and 32-3(2) because it contains 375 words, calculated using Microsoft Word's word-count feature.

DATED: October 3, 2025

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
*Attorney for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

<u>*/s/ Joseph J. Wardenski*</u><br>Joseph J. Wardenski