# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5087**                                            **September Term, 2025**

**1:25-cv-00240-ACR**

**Filed On: October 7, 2025** [2139277]

Nicolas Talbott, et al.,

      Appellees

  v.

United States of America, et al.,

      Appellants

## O R D E R

Upon consideration of appellees' unopposed motion for a 14-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 6, 2025 |
| Appellants' Reply Brief | December 1, 2025 |

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

BY:     /s/
         Michael C. McGrail
         Deputy Clerk