# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Talbott et al.

**v.**
United States et al.

**Case No:** 25-5087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Nicolas Talbott

Erica Vandal

Kate Cole

Gordon Herrero

Dany Danridge

Jamie Hash

Minerva Bettis

(Additional parties listed on attached sheet.)

### Counsel Information

Lead Counsel:  Joseph J. Wardenski

Direct Phone: ( 347 ) 913-3311  Fax: (___) _____ -  Email: joe@wardenskilaw.com

2nd Counsel:

Direct Phone: (___) _____ -  Fax: (___) _____ -  Email:

3rd Counsel:

Direct Phone: (___) _____ -  Fax: (___) _____ -  Email:

Firm Name:  Wardenski P.C.

Firm Address:  134 West 29th Street, Suite 709, New York, NY 10001

Firm Phone: ( 347 ) 227-2500  Fax: (___) _____ -  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

| Save | Reset Form | Print Form |

**ATTACHMENT TO NOTICE OF APPEARANCE**

**Additional Represented Parties:**

Audrie Graham

Roan Pickett

Amiah Sale

Quinn Tyson

Clayton McCallister

Koda Nature

Cael Neary

Michelle Bloomrose

Samuel Ahearn

Vera Wolf

Regan Morgan

Sabrina Bruce

Austin Converse

Ashley Davis

C.J. Dulaney

Micah Jacqueline Gross

Sean Kersch-Hamar

Taylor Maiwald

Hunter Marquez

Kelsey Orth

Nathalie Richter

Beck Simpson

Clara Winchell