[ORAL ARGUMENT NOT YET SCHEDULED]

No. 25-5087

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

NICOLAS TALBOTT, *et al.*,

*Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA, *et al.*,

*Defendants-Appellants*.

*On Appeal from the United States District Court
for the District of Columbia*

**NOTICE OF INTENT OF CONSTITUTIONAL ACCOUNTABILITY CENTER TO FILE AS *AMICUS CURIAE* IN SUPPORT OF APPELLEES**

Elizabeth B. Wydra
Brianne J. Gorod
David H. Gans
Praveen Fernandes
Ana M. Builes
CONSTITUTIONAL
  ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW
Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Constitutional Accountability Center hereby gives notice that it intends to file a brief as *amicus curiae* in support of Appellees. All parties have consented to the filing of this brief.

Respectfully submitted,

<u>*/s/ Brianne J. Gorod*</u>
Elizabeth B. Wydra
Brianne J. Gorod
David H. Gans
Praveen Fernandes
Ana M. Builes
CONSTITUTIONAL
   ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW, Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: November 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on November 13, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 13th day of November, 2025.

                                                 */s/ Brianne J. Gorod*
                                                 Brianne J. Gorod

                                                 *Counsel for Amicus Curiae*