IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NICHOLAS TALBOTT, ET AL.,<br>               Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.<br>               Defendants-Appellants. | No. 25-5087 |

**NOTICE OF PARTIES' CONSENT FOR FILING OF AN
AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES**

Pursuant to Rule 29(a), Federal Rules of Appellate Procedure, and D.C. Circuit Rule 29(b), the Japanese American Citizens League, Fred T. Korematsu Center for Law and Equality, Center for Civil Rights and Critical Justice, Center for Racial and Economic Justice, Center on Law, Race & Policy, and Center on Race, Inequality, and the Law, by and through their undersigned counsel, hereby give notice that the parties have consented to the filing of this amicus curiae brief in support of Plaintiffs-Appellees.

November 13, 2025

Respectfully submitted,

/s/ Robert S. Chang
Robert S. Chang
Shaleen Shanbhag
Rachel Croskery-Roberts
Beatrice A. Tice
FRED T. KOREMATSU CENTER FOR LAW

AND EQUALITY
UC IRVINE SCHOOL OF LAW
401 E. Peltason Dr.
Irvine, CA 92697
(949) 824-3034
rchang@law.uci.edu

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A) and D.C. Circuit Rule 26.1, amici curiae state that no amicus has a parent corporation and that no publicly held corporation owns 10% or more of the stock of any amicus.

November 13, 2025

Respectfully submitted,

<u>/s/ Robert S. Chang</u>
Robert S. Chang
Shaleen Shanbhag
Rachel Croskery-Roberts
Beatrice A. Tice
FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY
UC IRVINE SCHOOL OF LAW
401 E. Peltason Dr.
Irvine, CA 92697
(949) 824-3034
rchang@law.uci.edu

*Counsel for Amici Curiae*