# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Nicolas Talbott, et al.,

v.

United States of America, et al.

**Case No:** 25-5087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☒ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State amici (see addendum)

### Counsel Information

**Lead Counsel:** Ryan P. Kane, Deputy Solicitor General

**Direct Phone:** (802) 828-2153   **Fax:** (802) 828-3187   **Email:** ryan.kane@vermont.gov

**2nd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**Firm Name:** Vermont Office of the Attorney General

**Firm Address:** 109 State Street Montpelier, VT 05609

**Firm Phone:** (802) 828-2153   **Fax:** (802) 828-3187   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Addendum to Entry of Appearance Form**

*Nicolas Talbott, et al. v. United States of America, et al.*
Case No. 25-5087
_____

**Party Information (all state amici):**

- State of Arizona
- State of California
- State of Colorado
- State of Connecticut
- State of Delaware
- State of Hawai'i
- State of Illinois
- State of Maine
- State of Maryland
- Commonwealth of Massachusetts
- State of Michigan
- State of Minnesota
- State of Nevada
- State of New Jersey
- State of New York
- State of North Carolina
- State of Oregon
- State of Rhode Island
- State of Vermont
- State of Washington