# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5087**　　　　　　　　　　　　　　　　　　　　**September Term, 2025**

**1:25-cv-00240-ACR**

**Filed On: January 9, 2026** [2153561]

Nicolas Talbott, et al.,

      Appellees

    v.

United States of America, et al.,

      Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for January 22, 2026, at 9:30 A.M.:

|  |  |  |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Wilkins and Walker, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 12, 2026.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

            BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)