# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Talbott

v.

United States

**Case No:** 25-5087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☉ Gov't counsel for the ☉ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States; Defense Health Agency;

Peter B. Hegseth, in his official capacity;

Daniel Driscoll, in his official capacity;

John Phelan, in his official capacity;

United States Department of the Navy;

Troy E. Meink, in his official capacity;

United States Department of the Air Force;

David J. Smith, in his official capacity.

### Counsel Information

Lead Counsel: Amanda Mundell

Direct Phone: (202) 514-3469  Fax: (   )    -     Email: amanda.l.mundell@usdoj.gov

2nd Counsel: Abhishek Kambli

Direct Phone: (202) 445-5496  Fax: (   )    -     Email: abhishek.kambli@usdoj.gov

3rd Counsel:

Direct Phone: (   )    -   Fax: (   )    -     Email:

Firm Name: U.S. Department of Justice

Firm Address: 50 Pennsylvania Ave. NW, Washington D.C. 20530

Firm Phone: (   )    -   Fax: (   )    -     Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)