# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5087**                                    **September Term, 2025**

**1:25-cv-00240-ACR**

**Filed On: January 22, 2026** [2155393]

Nicolas Talbott, et al.,

       Appellees

   v.

United States of America, et al.,

       Appellants

**BEFORE:**   Circuit Judges Wilkins and Walker, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, January 22, 2026 at 9:32 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

   Abhishek Kambli (DOJ), counsel for Appellants.

   Shannon Minter, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Anne A. Rothenberger
     Deputy Clerk