

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Tel:  202-353-9018
March 18, 2026

VIA CM/ECF
Clifton Cislak
Clerk, United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse & William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

Re:    *Talbott v. United States*, No. 25-5087 (argued January 22, 2026)

Dear Mr. Cislak:

At the March 16, 2026 district court hearing in this case, the district court suggested that the government should notify this Court that the Department of War has indicated that it has started sending out notices to initiate proceedings for involuntary separations under the challenged policy.

We are informed by the Department of War that, to date, there have been no involuntary separations in the military departments within the Department of War (*i.e.*, Air Force, Space Force, Navy, and Army).

In any event, because this Court and the Supreme Court have allowed the 2025 policy to take effect, there are no legal impediments to the government proceeding with implementation of that policy, including engaging in involuntary separations.

Sincerely,

BRETT A. SHUMATE
*Assistant Attorney*
   *General*

ABHISHEK KAMBLI

*Deputy Associate Attorney General*

MICHAEL S. RAAB

<u>*/s/ Ashley C. Honold*</u>
Ashley C. Honold
Amanda L. Mundell
*Attorneys, Appellate Staff*
*Civil Division, Room 7261*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 353-9018*
ashley.c.honold@usdoj.gov