# GLAD LAW
**GLBTQ Legal Advocates & Defenders**

March 19, 2026

**VIA CM/ECF**

Clifton Cislak
Clerk, United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse & William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

**Re: Talbott et al. v. United States, No. 25-5087 (argued Jan. 22, 2026)**

Dear Mr. Cislak:

Pursuant to F.R.A.P. 28(j), Plaintiffs-Appellees write in response to Defendants-Appellants' letter dated March 18, 2026, representing that there have been no involuntary separations under the Hegseth Policy.

In addition to the completed involuntary separations previously noted in Plaintiffs-Appellees' January 20, 2026, letter to this Court, the facts of which Defendants-Appellants do not dispute, one Plaintiff-Appellee has an imminent administrative separation board date of March 24, 2026, and three others have received notices initiating their involuntary separations.

- Amiah Sale has an administrative separation board scheduled for March 24, 2026. On January 21, 2026, she received from the U.S. Army a notice initiating her involuntary separation,[1] and on February 20, 2026, she received notice of the board date.[2]
- On January 6, 2026, Gordon Herrero received from the U.S. Army a notice initiating his separation.[3]

---

[1] A copy of this notice is attached to this letter as Exhibit A.
[2] A copy of this notice is attached to this letter as Exhibit B.
[3] A copy of this notice is attached to this letter as Exhibit C.

- On February 12, 2026, Hunter Marquez received from the U.S. Air Force a notice initiating his separation.[4]
- On February 12, 2026, Sean Kersch-Hamar received from the U.S. Air Force a notice initiating her separation.[5]

Plaintiffs-Appellees provide these updates to ensure that the Court is aware of the ongoing and imminent harms faced by Plaintiffs-Appellees in this action.

Sincerely,

*/s/ Michael Haley*
Michael Haley

*Attorney for Plaintiffs-Appellees*

---

[4] A copy of this notice is attached to this letter as Exhibit D.
[5] A copy of this notice is attached to this letter as Exhibit E.

**Exhibit A**



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, EIGHTH ARMY
UNIT #15236
APO AP 96271-5236

EAOP-COP-OC                                            20 February 2026

MEMORANDUM FOR MSG Amiah Sale, ▇▇▇▇▇▇ Headquarters and Headquarters Company, 1st Signal Brigade, Eight Army, APO AP 96271

SUBJECT: Notification to Appear Before an Administrative Separation Board for Separation under AR 635-200, Chapter 15

1. Under the provisions of AR 15-6, para 5-5, and AR 635-200, notification is hereby given that a board of officers appointed by the memorandum of appointment enclosed, will hold a hearing at (Maude Hall) Bldg 6400, Client Legal Services Room 301, at 0930 on 24 March 2026 to determine whether you should be administratively discharged under AR 635-200, Chapter 15, before the expiration of your term of service. If you fail to appear before the board due to being absent without leave, you may be discharged from or retained in the service by the discharge authority without personal appearance before the board.

2. I will endeavor to arrange for the presence of any reasonably available and necessary witnesses whom you may desire to call, upon written request from you for such action. Please submit your witnesses to me by COB on 19 March 2026.

LEE.JOON.▇▇▇▇
▇▇▇▇▇▇

Digitally signed by
LEE.JOON.▇▇▇▇
Date: 2026.02.20 11:00:51
+09'00'

JOON LEE
MAJ, IN
Board President

I certify the above is a true and correct copy of the original notification and was delivered by me personally to the individual concerned on _____.

_____                        _____
Date                                       AMIAH A SALE
                                               MSG, USA
                                               Respondent

**Exhibit B**



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 304TH EXPEDITIONARY SIGNAL BATTALION-ENHANCED
1ST SIGNAL BRIGADE
UNIT #15545
APO AP 96271-5545

NETC-SKC-JZ

2 January 2026

MEMORANDUM FOR MSG Amiah A. Sale, ████████, Headquarters and Headquarters Company, 1st Signal Brigade, APO AP 96271-5271

SUBJECT: Notification of Separation under AR 635-200, Chapter 15, Secretarial Plenary Authority

1. Under the provisions of AR 635-200, Chapter 15, I am initiating action to involuntarily separate you based upon a current diagnosis of gender dysphoria, a history of gender dysphoria, and/or because you are exhibiting symptoms consistent with gender dysphoria or other basis as specified in EXORD 175-25 Implementation Guidance of Executive Order (EO) 14183 "Prioritizing Military Excellence and Readiness."

2. I am recommending you receive an honorable characterization of service. Intermediate commanders and the separation authority are not bound by my recommendation as to characterization of service. The separation authority in your case is the Secretary of the Army or his approved designee, and he may direct that your service be characterized as Honorable, except where your record otherwise warrants a lower characterization. However, the separation authority may not direct the issuance of a type of discharge or characterization of service less favorable than that recommended by an administrative separation board should you request a hearing before an administrative board.

3. If my recommendation is approved, the proposed separation could result in discharge or release from custody and control of the Army.

4. You have the right to consult with Trial Defense Service and civilian counsel at no expense to the Government within a reasonable time (not less than 3 duty days).

5. You may obtain copies of documents that will be sent to the separation authority supporting the proposed separation. Classified documents may be summarized.

6. You may request a hearing before an administrative board, or you may present written statements instead of requesting board proceedings.

7. You may request appointment of military counsel for representation. You may also retain civilian counsel at no expense to the Government.

NETC-SKC-JZ
SUBJECT: Notification of Separation under AR 635-200, Chapter 15, Secretarial Plenary Authority

8. You may waive your rights listed above in paragraphs 4, 5, 6, and 7 in writing, and you may withdraw any such waiver any time prior to the date the separation authority orders, directs, or approves your separation.

9. If initiated under board proceedings, you may submit a conditional waiver of your right to have your case heard by an administrative separation board.

10. You are required to undergo a complete medical examination pursuant to AR 40-501.

11. If you intend to submit a retention waiver to the Secretary of the Army pursuant to HQDA EXORD 175-25, you must do so in accordance with the timeline prescribed in HQDA EXORD 175-25, FRAGO 5, Reference P. Retention waivers will be routed through the first General Officer in your chain of command as specified in HQDA EXORD 175-25, FRAGO 2, and you should use the template in Annex G to submit such a waiver, along with any supporting documentation.

12. If you intend to submit a request for early retirement under the Temporary Early Retirement Authority (TERA) pursuant to HQDA EXORD 175-25, FRAGO 3, you must do so NLT 14 calendar days from the date of acknowledgment of this notification memorandum. Early retirement requests under TERA will be routed to the first O-5 Commander in your chain of command by submission of a Personnel Action Request in IPPS-A as specified in HQDA EXORD 175-25, FRAGO 3. TERA applications should employ the template found in Annex L and include any documentation supporting the request.

13. Execute the attached acknowledgment and return it within 7 duty days from the date of your receipt of this memorandum. Any statement you desire to submit on your behalf must reach me within 7 duty days after you receive this letter, unless you request and receive an extension for good cause shown. Unless an extension is granted, failure to respond within 7 duty days will constitute a waiver of the rights in paragraphs 4, 5, 6, and 7.

SEAN C. MCNICHOL
LTC, SC
Commanding

6 Encl
1. Self Identification MFR
2. Medical Verification MFR
3. Commander's Endorsement
   MFR
4. Enlistment Docs
5. STP
6. Flag

2

**Exhibit C**



**DEPARTMENT OF THE ARMY**
UNITED STATES MILITARY ACADEMY
OFFICE OF THE SUPERINTENDENT
600 CULLUM ROAD
WEST POINT NEW YORK 10996-5000

MASP

0 5 JAN 2026

MEMORANDUM THRU

Dean of the Academic Board, United States Military Academy, West Point, New York, 10996

FOR Captain Gordon Herrero, Department of the Dean, United States Military Academy, West Point, New York, 10996

SUBJECT: SUBJECT: Initiation of Elimination, Captain Gordon Herrero, ███████ Department of the Dean, United States Military Academy, West Point, New York, 10996

1. You are required to show cause for retention on active duty under the provisions of AR 600-8-24, paragraph 4-2b, in the interests of national security.

2. My actions are based upon the following specific reasons for elimination: A current diagnosis of gender dysphoria, a history of gender dysphoria, and/or because you are exhibiting symptoms consistent with gender dysphoria as specified in EXORD 175-25 Implementation Guidance of Executive Order (EO) 14183 "Prioritizing Military Excellence and Readiness" as verified on 6 June 2025.

3. In conjunction with this action, a Suspension of Favorable Personnel Actions Flag has been initiated according to AR 600-8-2 (Encl 1).

4. You may either have the assistance of a Judge Advocate General's Corps attorney appointed as counsel or seek civilian counsel of your own selection (obtained by you at no expense to the Government) to prepare a written statement indicating any pertinent facts or any rebuttal bearing on the question of your elimination.

   a. This statement may be sworn or unsworn.

   b. Documents submitted in rebuttal must be legible and reproducible.

   c. You may confer with your counsel for legal advice concerning your options stated in paragraph 5 below.

5. In accordance with AR 600-8-24, paragraph 4-20, you may:

MASP
SUBJECT: Initiation of Elimination, Captain Gordon Herrero, ███████, Department of the Dean, United States Military Academy, West Point, New York, 10996

a. Submit a rebuttal with all supporting documentation to show how you do not have a current diagnosis or history of, and are not exhibiting symptoms consistent with, gender dysphoria or another basis as specified in EXORD 175-25.

b. Apply for retirement in lieu of elimination if otherwise eligible, according to AR 600-8-24, Chapter 4 and Chapter 6 (must specifically state that your application for retirement is submitted in lieu of elimination and consistent with the authority specified at paragraph 7 below). The effective date of retirement will be no later than the 1st day of the 7th month after this notification.

c. In addition to the above options, and pursuant to HQDA EXORD 175-25, FRAGO 4, you may request appearance before a Board of Inquiry.

6. You must acknowledge receipt of this notice in writing and exercise one of the available options in paragraph 5 above no later than 30 days from receipt of this action.

7. If you intend to submit a request for early retirement under Temporary Early Retirement Authority (TERA) pursuant to HQDA EXORD 175-25, FRAGO 3, you must do so NLT 14 calendar days from the date of acknowledgment of this notification memorandum. You should use the template at Annex L and submit documentation in support of your application. Early retirement requests under TERA will be routed to the first O-5 Commander in your chain of command by submission of a Personnel Action Request in IPPS-A as specified in HQDA EXORD 175-25, FRAGO 3.

8. If you intend to submit a retention waiver to the Secretary of the Army pursuant HQDA EXORD 175-25, you must do so in accordance with the timeline prescribed in HQDA EXORD 175-25, FRAGO 5, Reference P. Retention waivers will be routed through the first General Officer in your chain of command as specified in HQDA EXORD 175-25, FRAGO 2, and you should use the template at Annex G to submit such a waiver, along with any supporting documentation.

9. Your acknowledgement should be in the format provided in AR 600-8-24, Figure 2-4 (Encl 2). You will include your respective election from paragraph 5 above as an enclosure to your acknowledgment and whether you intend to exercise any of the options at paragraph 7 and/or paragraph 8 above. Your request must be staffed through your chain of command and endorsed by your respective GOSCA prior to staffing to the Human Resources Command (AHRC-OPD-A) for final processing.

10. I am recommending you be discharged with an Honorable Discharge. Your case will be forwarded through Human Resources Command to the final separation authority (the Secretary of the Army or his designee).

MASP
SUBJECT: Initiation of Elimination, Captain Gordon Herrero, ████████, Department of the Dean, United States Military Academy, West Point, New York, 10996

11. You may be required to undergo a medical examination to assess the potential effects of Post Traumatic Stress Disorder (PTSD) or Traumatic Brain Injury (TBI) on the circumstances of your separation. This examination is required if you have been deployed overseas in support of a contingency operation in the past 24 months and have been diagnosed with PTSD or TBI. If you have not been diagnosed with PTSD or TBI stemming from deployment, but believe such a condition exists, you must inform your chain of command immediately.

STEVEN W. GILLAND
Lieutenant General, U.S. Army
Superintendent

6 Encls
1-2. as
3. Counseling
4. Commander's Endorsement
5. Medical Verification Memo
6. Soldier Talent Profile



**CUI**
# DEPARTMENT OF THE AIR FORCE
## HEADQUARTERS AIR FORCE DISTRICT OF WASHINGTON

**Exhibit D**

12 February 2026

MEMORANDUM FOR  C1C HUNTER T. MARQUEZ ▮▮▮▮▮▮▮▮, USAF ACADEMY

FROM:  CONSOLIDATED DISPOSITION AUTHORITY

SUBJECT:  Notification of Show Cause Action Initiated Under Department of the Air
Force Guidance Memorandum 2026-01 to DAFI 36-3211, Attachment 2, paragraph A2.2

1. I am initiating action against you under Department of the Air Force Guidance Memorandum 2026-01 to Department of the Air Force Instruction (DAFI) 36-3211, *Military Separations*, Attachment 2, paragraph A2.2. You are required to show cause for retention on active duty.

2. I am taking this action because on 16 September 2025, the Airman Medical Readiness Optimization (AMRO) Board determined that you are incompatible with further military service based upon a current diagnosis or history of, or exhibiting symptoms consistent with, gender dysphoria. Accordingly, your continued service in the Air Force is not clearly consistent with the interests of national security. The AMRO determination is provided in Attachment 3, dated 16 September 2025.

3. This action could result in your separation. If the sole basis for your separation is Gender Dysphoria, the service characterization will be honorable.

4. A copy of the documentary evidence supporting this action is attached.

5. Sign and date the attached indorsement acknowledging receipt of this notification memorandum. A copy of the notification memorandum will be provided to you. If you decline to acknowledge receiving this memorandum, the officer presenting it to you will indicate on it the date and time you declined to acknowledge receiving it, and it will be included as part of our case file.

6. If you have made an unrestricted report of sexual assault and it is within one year of final disposition of your allegation, and you believe this involuntary separation action was initiated in retaliation for making that report, you have the right to request review of the circumstances of this involuntary separation action. If you request this review, I will review the circumstances of, and grounds for, the recommendation for involuntary separation to ensure it was not initiated in retaliation for making the report. You may request this review any time prior to the approval of the discharge by the Secretary of the Air Force (SecAF). In your request, you must affirmatively assert your belief that the involuntary separation recommendation was initiated in retaliation for making a report of sexual assault.

7. Familiarize yourself with DAFGM 2026-01 to DAFI 36-3211, particularly the rights to which you are entitled under Attachment 2. Those rights include the right to:

   a. Receive written notification of the reason(s) for discharge, the least favorable characterization of service authorized, and recommended characterization of discharge.

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100

2

CUI

b. Receive copies of documents attached to the initiation notification, as well as any documents the Consolidated Disposition Authority intends to furnish to a Board of Inquiry (BOI), unless restricted by other law or policy.

c. Consult with, and be represented by, counsel.

d. Reasonable time to prepare for an administrative discharge board.

e. Submit statements in rebuttal or matters for the Consolidated Disposition Authority's consideration. Any such statements must be submitted within 10 workdays of receipt of the Show Cause notification.

f. Request a BOI or waive BOI proceedings within 10 workdays of receipt of this Show Cause notification.

g. Waive, in writing, any of the above rights.

8. You may contact the Area Defense Counsel at ███████████ to discuss the procedures involved and your rights and options. You may choose another active-duty military defense counsel if you desire, and that counsel will be appointed to represent you if reasonably available, but there is no entitlement to both military counsel. You may also retain civilian counsel at your own expense, in addition to, or instead of, military counsel.

9. Within 10 workdays of your receipt of this notification memorandum, you must respond to this notification by indorsement provided to your commander. If you do not submit a response, or request for an extension as discussed in paragraph 10 below, I will proceed with further action under DAFGM 2026-01 to DAFI 36-3211. Your failure to submit a response will constitute a waiver of your right to do so, and I will refer your case to the Separation Authority. Include in your indorsement:

a. Any statement you wish to submit on your behalf and/or any additional evidence you wish me to consider.

b. A statement that the area defense counsel counseled you and that you fully understand your rights and options in this action. If you decline legal counsel, state so and indicate that the Chief Military Personnel Flight advised you of your rights and options in this action.

c. A statement of understanding that you may be subject to recoupment of education assistance, special pay, or bonuses, if you received such benefits but have not completed the period of active duty you agreed to serve. DAFGM 2026-01 to DAFI 36-3211, Atch 2, para. A2.4.5. You may submit to me, for consideration by SecAF, information concerning recoupment and continued payment of advanced education assistance, special pay, or bonuses, if applicable. The amount recouped ordinarily is an amount that bears the same ratio to the total amount or cost provided as the unserved portion of active duty bears to the total period of active duty you agreed to serve. In some cases, the entire amount may be recouped. See DAFGM 2026-01 to DAFI 36-3211, paras. A2.1.3.2 and 14.6 for additional information pertaining to recoupment.

d. A statement notifying me whether you intend to apply for retirement or tender your resignation. If you have applied for retirement or tendered your resignation, attach a copy of the retirement application or the resignation.

CUI

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100

CUI

(1) You may tender an unconditional resignation instead of undergoing administrative discharge proceedings at any time after you become aware you have been recommended to show case for retention on active duty before SecAF takes final action. The Separation Authority will determine if processing of the show cause action will continue or be held in abeyance. I may return as unauthorized and void, conditional resignations or untimely unconditional resignations. If you tender your resignation and it is accepted by SecAF, you will receive an Honorable service characterization.

10. If, for good cause, you are unable to respond within 10 workdays, you may submit request for an extension of up to 10 workdays to your commander, who may take action on the request. Any request for an extension longer than 10 workdays may only be approved by the Consolidated Disposition Authority. Any request for an extension must be made in writing and state: (1) the reasons for the request and (2) how much additional time is needed.

11. If you have access to SIOP-ESI or other special programs, action under DoDM 5200.02_AFMAN 16-1405 will be taken. Additionally, if you have access to SCI, action will be taken under DoDM 5200.02_AFMAN 16-1405.

12. If you are subject to the Personnel Reliability Program, action under DoDM 5210.42_AFMAN 13-501 will be taken.

13. You are required to complete a comprehensive Separation History and Physical Examination (SHPE). You have been scheduled for a medical examination. You must report to _____ at _____ on _____ for the examination. You must report to the Medical Standard Department for your medical examination at the designated date and time. — To Be Scheduled - DJW 2 Mar 2026

14. You are required to complete a Separations Briefing and the Transition Assistance Program (TAP). Your First Sergeant will schedule you for these appointments. You may choose to accomplish DoD TAP online at https://JKOdirect.jten.mil. Once at the site, search for course "TGPS."

DANIEL A. DEVOE, Major General, USAF
Consolidated Disposition Authority

4 Attachments:
1. Airman's Discharge Under Department of the Air Force Guidance Memorandum to DAFI 36-3211, DAFGM 2026-01 – Elections (2 pages)
2. Airman's Statement of Understanding Regarding Recoupment (1 page)
3. AMRO Memorandum, dated 16 September 2025 (3 pages)
4. RIP, dated 22 January 2026 (16 pages)

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100

**CUI**

(Date) 2 March 2026

1st Ind to Notification of Show Cause Action Initiated Under Department of the Air Force Guidance Memorandum 2026-01 to DAFI 36-3211, Attachment 2, paragraph A2.2, dtd _____

CADET HUNTER T. MARQUEZ

MEMORANDUM FOR  CONSOLIDATED DISPOSITION AUTHORITY

I acknowledge receiving this Notification of Show Cause Action Initiated Under Department of the Air Force Guidance Memorandum 2026-01 to DAFI 36-3211, Attachment 2, paragraph A2.2, from the Consolidated Disposition Authority with attachments, at **1131** (hour) on **2 March 2026** (date).

HUNTER T. MARQUEZ, C1C, USAFA
Respondent

**CUI**

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100



**CUI**

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR FORCE DISTRICT OF WASHINGTON**

**Exhibit E**

12 February 2026

MEMORANDUM FOR  FIRST LIEUTENANT SEAN KERSCH-HAMAR ████████, 334 FS

FROM:  CONSOLIDATED DISPOSITION AUTHORITY

SUBJECT:  Notification of Show Cause Action Initiated Under Department of the Air
Force Guidance Memorandum 2026-01 to DAFI 36-3211, Attachment 2, paragraph A2.2

1. I am initiating action against you under Department of the Air Force Guidance Memorandum 2026-01 to Department of the Air Force Instruction (DAFI) 36-3211, *Military Separations*, Attachment 2, paragraph A2.2.  You are required to show cause for retention on active duty.

2. I am taking this action because on 26 August 2025, the Airman Medical Readiness Optimization (AMRO) Board determined that you are incompatible with further military service based upon a current diagnosis or history of, or exhibiting symptoms consistent with, gender dysphoria.  Accordingly, your continued service in the Air Force is not clearly consistent with the interests of national security.  The AMRO determination is provided in Attachment 3, dated 26 August 2025.

3. This action could result in your separation.  If the sole basis for your separation is Gender Dysphoria, the service characterization will be honorable.

4. A copy of the documentary evidence supporting this action is attached.

5. Sign and date the attached indorsement acknowledging receipt of this notification memorandum.  A copy of the notification memorandum will be provided to you.  If you decline to acknowledge receiving this memorandum, the officer presenting it to you will indicate on it the date and time you declined to acknowledge receiving it, and it will be included as part of our case file.

6. If you have made an unrestricted report of sexual assault and it is within one year of final disposition of your allegation, and you believe this involuntary separation action was initiated in retaliation for making that report, you have the right to request review of the circumstances of this involuntary separation action.  If you request this review, I will review the circumstances of, and grounds for, the recommendation for involuntary separation to ensure it was not initiated in retaliation for making the report.  You may request this review any time prior to the approval of the discharge by the Secretary of the Air Force (SecAF).  In your request, you must affirmatively assert your belief that the involuntary separation recommendation was initiated in retaliation for making a report of sexual assault.

7. Familiarize yourself with DAFGM 2026-01 to DAFI 36-3211, particularly the rights to which you are entitled under Attachment 2.  Those rights include the right to:

   a. Receive written notification of the reason(s) for discharge, the least favorable characterization of service authorized, and recommended characterization of discharge.

**PRIDE ... TEAMWORK ... SUCCESS**
**CUI**

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100

2

b. Receive copies of documents attached to the initiation notification, as well as any documents the Consolidated Disposition Authority intends to furnish to a Board of Inquiry (BOI), unless restricted by other law or policy.

c. Consult with, and be represented by, counsel.

d. Reasonable time to prepare for an administrative discharge board.

e. Submit statements in rebuttal or matters for the Consolidated Disposition Authority's consideration. Any such statements must be submitted within 10 workdays of receipt of the Show Cause notification.

f. Request a BOI or waive BOI proceedings within 10 workdays of receipt of this Show Cause notification.

g. Waive, in writing, any of the above rights.

8. You may contact the Area Defense Counsel at ▬▬▬▬▬▬▬▬ to discuss the procedures involved and your rights and options. You may choose another active-duty military defense counsel if you desire, and that counsel will be appointed to represent you if reasonably available, but there is no entitlement to both military counsel. You may also retain civilian counsel at your own expense, in addition to, or instead of, military counsel.

9. Within 10 workdays of your receipt of this notification memorandum, you must respond to this notification by indorsement provided to your commander. If you do not submit a response, or request for an extension as discussed in paragraph 10 below, I will proceed with further action under DAFGM 2026-01 to DAFI 36-3211. Your failure to submit a response will constitute a waiver of your right to do so, and I will refer your case to the Separation Authority. Include in your indorsement:

a. Any statement you wish to submit on your behalf and/or any additional evidence you wish me to consider.

b. A statement that the area defense counsel counseled you and that you fully understand your rights and options in this action. If you decline legal counsel, state so and indicate that the Chief Military Personnel Flight advised you of your rights and options in this action.

c. A statement of understanding that you may be subject to recoupment of education assistance, special pay, or bonuses, if you received such benefits but have not completed the period of active duty you agreed to serve. DAFGM 2026-01 to DAFI 36-3211, Atch 2, para. A2.4.5. You may submit to me, for consideration by SecAF, information concerning recoupment and continued payment of advanced education assistance, special pay, or bonuses, if applicable. The amount recouped ordinarily is an amount that bears the same ratio to the total amount or cost provided as the unserved portion of active duty bears to the total period of active duty you agreed to serve. In some cases, the entire amount may be recouped. See DAFGM 2026-01 to DAFI 36-3211, paras. A2.1.3.2 and 14.6 for additional information pertaining to recoupment.

d. A statement notifying me whether you intend to apply for retirement or tender your resignation. If you have applied for retirement or tendered your resignation, attach a copy of the retirement application or the resignation.

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100

CUI

3

(1) You may tender an unconditional resignation instead of undergoing administrative discharge proceedings at any time after you become aware you have been recommended to show case for retention on active duty before SecAF takes final action. The Separation Authority will determine if processing of the show cause action will continue or be held in abeyance. I may return as unauthorized and void, conditional resignations or untimely unconditional resignations. If you tender your resignation and it is accepted by SecAF, you will receive an Honorable service characterization.

10. If, for good cause, you are unable to respond within 10 workdays, you may submit request for an extension of up to 10 workdays to your commander, who may take action on the request. Any request for an extension longer than 10 workdays may only be approved by the Consolidated Disposition Authority. Any request for an extension must be made in writing and state: (1) the reasons for the request and (2) how much additional time is needed.

11. If you have access to SIOP-ESI or other special programs, action under DoDM 5200.02_AFMAN 16-1405 will be taken. Additionally, if you have access to SCI, action will be taken under DoDM 5200.02_AFMAN 16-1405.

12. If you are subject to the Personnel Reliability Program, action under DoDM 5210.42_AFMAN 13-501 will be taken.

13. You are required to complete a comprehensive Separation History and Physical Examination (SHPE). You have been scheduled for a medical examination. You must report to ___FLIGHT MED___ at ___1300___ on _2 MARch_ for the examination. You must report to the Medical Standard Department for your medical examination at the designated date and time.

14. You are required to complete a Separations Briefing and the Transition Assistance Program (TAP). Your First Sergeant will schedule you for these appointments. You may choose to accomplish DoD TAP online at https://JKOdirect.jten.mil. Once at the site, search for course "TGPS."

DANIEL A. DEVOE, Major General, USAF
Consolidated Disposition Authority

4 Attachments:
1. Airman's Discharge Under Department of the Air Force Guidance Memorandum to DAFI 36-3211, DAFGM 2026-01 – Elections (2 pages)
2. Airman's Statement of Understanding Regarding Recoupment (1 page)
3. AMRO Memorandum, dated 26 August 2025 (2 pages)
4. SURF, dated 18 December 2025 (2 pages)

CUI

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100

4

CUI

(Date) ___24 Feb 26___

1st Ind to Notification of Show Cause Action Initiated Under Department of the Air Force Guidance Memorandum 2026-01 to DAFI 36-3211, Attachment 2, paragraph A2.2, dtd ___24 Feb 26___

FIRST LIEUTENANT SEAN KERSCH-HAMAR

MEMORANDUM FOR CONSOLIDATED DISPOSITION AUTHORITY

I acknowledge receiving this Notification of Show Cause Action Initiated Under Department of the Air Force Guidance Memorandum 2026-01 to DAFI 36-3211, Attachment 2, paragraph A2.2, from the Consolidated Disposition Authority with attachments, at ___1418___ (hour) on ___24 Feb 26___ (date).

24 Feb 26
DR6

24 Feb 26

~~SEAN KERSCH-HAMAR, 1st Lt, USAF~~ DR6
~~Respondent~~

Dale R. G.

DALE R. Gogan, LtCol USAF
Commander 334th FS.

Signed on behalf of
1st LT Sean Kersch-Hamar.

CUI

Controlled by: AFDW/JA
CUI Category: PRVCY
Limited Dissemination Control: FEDCON
POC: 240-612-6100