

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Tel:  202-353-9018
April 16, 2026

VIA CM/ECF
Clifton Cislak
Clerk, United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse & William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

Re:    *Talbott v. United States*, No. 25-5087 (argued January 22, 2026)

Dear Mr. Cislak:

On March 18, 2026, the government filed a letter at the district court's suggestion informing this Court that the Department of War had indicated that it had started sending out notices to initiate proceedings for involuntary separations under the challenged policy.

We now write to advise that the Air Force has informed us that two plaintiffs, Cadet Hunter Marquez and First Lieutenant Sean Kersh-Hamer, have been served with notices to initiate proceedings for involuntary separation under the challenged policy.  We are informed by the Air Force that both plaintiffs have requested, and will receive, procedures before an administrative separation board.

As noted in the government's prior letter, because this Court and the Supreme Court have allowed the 2025 policy to take effect, there are no legal impediments to the government proceeding with implementation of that policy, including engaging in involuntary separations.

Sincerely,

BRETT A. SHUMATE
*Assistant Attorney*
 *General*

ABHISHEK KAMBLI
*Deputy Associate Attorney*
*General*

MICHAEL S. RAAB
BRAD HINSHELWOOD

*/s/ Ashley C. Honold*
Ashley C. Honold
Amanda L. Mundell
*Attorneys, Appellate Staff*
*Civil Division, Room 7261*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 353-9018*
ashley.c.honold@usdoj.gov