[ORAL ARGUMENT HEARD JANUARY 22, 2026]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NICHOLAS TALBOTT, et al.,

     Plaintiffs-Appellees,

     v.

UNITED STATES OF AMERICA, et al.

     Defendant-Appellants.

No. 25-5087

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANTS

Undersigned counsel Abhishek Kambli hereby respectfully moves to withdraw as counsel for Defendant-Appellants in the above-captioned matter. Mr. Kambli's final day of employment at the Department of Justice will be May 31, 2026. Ashley Honold, Amanda Mundell, and Michael Raab will remain as counsel for Defendant-Appellants.

1

Respectfully submitted,


   /s/ Abhishek Kambli
Abhishek Kambli
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
(202) 514-9500

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains no more than 46 words, and also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Book Antiqua 14-point font, a proportionally spaced typeface.

/s/ Abhishek Kambli
Abhishek Kambli

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I caused the foregoing motion to be filed with the Court through the CM/ECF system.  I also hereby certify that counsel for Petitioner are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Abhishek Kambli
Abhishek Kambli