**ARGUED JANUARY 22, 2026**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NICHOLAS TALBOTT, et al.,

  Plaintiffs-Appellees,

    v.        No. 25-5087

UNITED STATES OF AMERICA, et al.,

  Defendants-Appellants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Jason Manion, who previously entered an appearance as counsel for the government, no longer serves as counsel in this matter.  The government will continue to be represented by the other attorneys who have entered appearances.

Respectfully submitted,


 /s/ Ashley C. Honold
BRAD HINSHELWOOD
ASHLEY C. HONOLD
*Attorneys, Appellate Staff*
*Civil Division, Room 7261*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
(202) 353-9018
ashley.c.honold@usdoj.gov

MAY 2026

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  Counsel for Plaintiffs-Appellees are filing users who will be served by the Notice of Docket Activity.

*/s/ Ashley C. Honold*
ASHLEY C. HONOLD
Counsel for Defendants-
Appellants