# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Talbott

**v.**

United States

**Case No:** 25-5087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States; Defense Health Agency;

Peter B. Hegseth, in his official capacity;

Daniel Driscoll, in his official capacity;

John Phelan, in his official capacity;

United States Department of the Navy;

Troy E. Meink, in his official capacity;

United States Department of the Air Force;

David J. Smith, in his official capacity.

### Counsel Information

Lead Counsel: Andrew M. Bernie

Direct Phone: ( 202 ) 514-3511  Fax: (___) _____ - _____  Email: andrew.bernie@usdoj.gov

2nd Counsel:

Direct Phone: (___) _____ - _____  Fax: (___) _____ - _____  Email:

3rd Counsel:

Direct Phone: (___) _____ - _____  Fax: (___) _____ - _____  Email:

Firm Name:

Firm Address:

Firm Phone: (___) _____ - _____  Fax: (___) _____ - _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)