# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Nicolas Talbott, et al.

v.

USA, et al.

**Case No:** 25-5087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| USA | John Phelan |
| Peter B. Hegseth | U.S. Department of the Navy |
| Daniel Driscoll | Gary Ashworth |
| U.S. Department of the Army | U.S. Department of the Air Force |

### Counsel Information

**Lead Counsel:** Amanda L. Mundell

**Direct Phone:** (805) 490-0261  **Fax:** (   ) -   **Email:** Amanda.L.Mundell@usdoj.gov

**2nd Counsel:** Ashley C. Honold

**Direct Phone:** (202) 353-9018  **Fax:** (   ) -   **Email:** Ashley.C.Honold@usdoj.gov

**3rd Counsel:** Michael S. Raab

**Direct Phone:** (202) 514-4053  **Fax:** (   ) -   **Email:** Michael.Raab@usdoj.gov

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave. NW

**Firm Phone:** (202) 305-1754  **Fax:** (   ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Party Information (continued)**

David J. Smith
Defense Health Agency