# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Nicholas Talbott, et al.

v.

USA, et al.

**Case No:** 25-5087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Nicholas Talbott

Erica Vandal

Kate Cole

Gordon Herrero

Dany Dandridge

Jamie Hash

Miriam Perelson

(Additional parties listed on attached sheet.)

### Counsel Information

Lead Counsel: Shannon P. Minter

Direct Phone: (415) 365-1310  Fax: (866) 629-0203  Email: sminter@nclrights.org

2nd Counsel: Christopher F. Stoll

Direct Phone: (415) 365-1320  Fax: (866) 629-0203  Email: cstoll@nclrights.org

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: National Center for Lesbian Rights

Firm Address: 1401 21st Street, #11548, Sacramento, CA 95811

Firm Phone: (415) 392-6257  Fax: (866) 629-0203  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)