## ATTACHMENT TO NOTICE OF APPEARANCE

**Additional Represented Parties:**

Minerva Bettis
Audrie Graham
Roan Pickett
Amiah Sale
Quinn Tyson
Clayton McCallister
Greyson Shishkina
Koda Nature
Cael Neary
Michelle Bloomrose
Samuel Ahearn
Vera Wolf
Regan Morgan
Sabrina Bruce
Austin Converse
Ashley Davis
C.J. Dulaney
Micah Jacqueline Gross
Sean Kersch-Hamar
Taylor Maiwald
Hunter Marquez
Kelsey Orth
Nathalie Richter
Beck Simpson
Clara Winchell