# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Nicolas Talbott, et al.

v.

USA, et al.

**Case No:** 25-5087

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

Peter B. Hegseth

Daniel Driscoll

U.S. Department of the Army

John Phelan

U.S. Department of the Navy

Gary Ashworth

U.S. Department of the Air Force

### Counsel Information

Lead Counsel: Amanda L. Mundell

Direct Phone: (805) 490-0261  Fax: (   )    -    Email: Amanda.L.Mundell@usdoj.gov

2nd Counsel: Jason Manion

Direct Phone: (202) 445-6214  Fax: (   )    -    Email: Jason.Manion2@usdoj.gov

3rd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave. NW, Washington D.C. 20530

Firm Phone: (202) 305-1754  Fax: (   )    -    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Party Information (continued):**

David J. Smith

Defense Health Agency