# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5087**  **September Term, 2024**

1:25-cv-00240-ACR

**Filed On: April 22, 2025** [2112041]

Nicolas Talbott, et al.,

    Appellees

  v.

United States of America, et al.,

    Appellants

**BEFORE:**  Circuit Judges Pillard, Katsas, and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, April 22, 2025 at 9:32 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

  Jason Manion (DOJ), counsel for Appellants.

  Shannon P. Minter, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Anne A. Rothenberger
Deputy Clerk