

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Tel: 202-514-3469
April 24, 2025

VIA CM/ECF
Clifton Cislak
Clerk, United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse & William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

    Re:    *Talbott v. United States*, No. 25-5087 (oral argument April 22, 2025)

Dear Mr. Cislak:

    Today, the government filed an application in the Supreme Court for a stay of the preliminary injunction issued in *Shilling v. Trump*, No. 2:25-cv-0241 (W.D. Wash.) pending disposition of the government's appeal in the Ninth Circuit (No. 25-2039) and any further review in the Supreme Court. *See United States v. Shilling*, No. 24A1030 (S. Ct.). A response to the application is due May 1, 2025, and we will notify this Court when the Supreme Court rules.

    Sincerely,

    /s/ *Amanda L. Mundell*
    Amanda L. Mundell