# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5087**　　　　　　　　　　　　　　　　**September Term, 2024**

1:25-cv-00240-ACR

**Filed On:** August 15, 2025

Nicolas Talbott, et al.,

    Appellees

  v.

United States of America, et al.,

    Appellants

**BEFORE:**　　Pillard, Katsas, and Rao**,** Circuit Judges

## O R D E R

A decision on the emergency motion for stay pending appeal is forthcoming. On the court's own motion, it is

**ORDERED** that the following schedule for briefing on the merits will apply in this case:

| | |
|---|---|
| Appellants' Brief | September 23, 2025 |
| Appendix | September 23, 2025 |
| Appellees' Brief | October 23, 2025 |
| Reply Brief | November 13, 2025 |

The Clerk is directed to calendar this case for argument on the first appropriate date following the conclusion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not

United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5087**                                    **September Term, 2024**

widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                        BY:    /s/
                                      Selena R. Gancasz
                                      Deputy Clerk