[ORAL ARGUMENT NOT YET SCHEDULED]

No. 25-5087

## IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

NICOLAS TALBOTT, *et al.*,

*Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA, *et al.*,

*Defendants-Appellants*.

*On Appeal from the United States District Court for the District of Columbia*

## NOTICE OF INTENT OF CONSTITUTIONAL ACCOUNTABILITY CENTER TO FILE AS *AMICUS CURIAE* IN SUPPORT OF APPELLEES

Elizabeth B. Wydra
Brianne J. Gorod
David H. Gans
Praveen Fernandes
Ana M. Builes
CONSTITUTIONAL
 ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW
Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Constitutional Accountability Center hereby gives notice that it intends to file a brief as *amicus curiae* in support of Appellees. All parties have consented to the filing of this brief.

Respectfully submitted,

*/s/ Brianne J. Gorod*
Elizabeth B. Wydra
Brianne J. Gorod
David H. Gans
Praveen Fernandes
Ana M. Builes
CONSTITUTIONAL
 ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW, Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: November 13, 2025

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on November 13, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 13th day of November, 2025.

>   */s/ Brianne J. Gorod*
>   Brianne J. Gorod
>
>   *Counsel for Amicus Curiae*