[ORAL ARGUMENT HELD JANUARY 22, 2026]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| NICOLAS TALBOTT, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants-Appellants. | No. 25-5087 |

**NOTICE**

Defendants-appellants respectfully submit the attached declaration of Timothy Dill clarifying a statement in Mr. Dill's previous declaration, filed July 23, 2026. As the declaration notes, the correction concerns one sentence in the July 23, 2026 declaration and relates to three of the plaintiffs. The change is not material to our argument that the Department has commenced separation proceedings for all plaintiffs, and that the separation processes are at various stages for each plaintiff who has not already separated from the military.

Respectfully submitted,

BRETT A. SHUMATE
   *Assistant Attorney General*

ERIC D. McARTHUR
   *Deputy Assistant Attorney General*

MARK R. FREEMAN
MICHAEL S. RAAB

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE

(202) 514-3511
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

[ORAL ARGUMENT HELD JANUARY 22, 2026]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| NICOLAS TALBOTT, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants-Appellants. | No. 25-5087 |

## DECLARATION OF TIMOTHY D. DILL

I, Timothy D. Dill, hereby state and declare as follows:

1. On July 23, 2026, the government submitted a filing for which I provided a declaration.

2. After submitting that declaration, I received information about the status of three plaintiffs which requires that I clarify paragraph 9 of that declaration.

3. In paragraph 9 of that declaration, I stated that, with respect to those plaintiffs who have not separated from the military, "the Department placed all plaintiffs unable or unwilling to serve consistent with their biological sex on administrative absence." That representation remains accurate. I then stated

that "[n]one of the plaintiffs opted to serve in accordance with their biological sex." I based that representation on information made available to me during the performance of my official duties, and it is consistent with plaintiffs' own representations in this litigation—most recently in their April 15, 2026 motion for class certification filed in district court, where they stated that "None of the Plaintiffs can serve in the military as their birth sex, which they are not." Dist. Ct. Dkt. No. 118-1 at 4.

4.      Based on information I have since learned, I offer the following clarification: three of the plaintiffs have not been placed in administrative absence because they are attempting to serve consistent with their biological sex per Department policy. Those three plaintiffs are serving in excess personnel billets or limited duty status, are non-deployable, or require routine treatment by a health care professional.

5.      The other statements in my July 23, 2026, declaration remain accurate to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

_____

Timothy D. Dill
Assistant Secretary of War for
Manpower and Reserve Affairs