[ORAL ARGUMENT HELD JANUARY 22, 2026]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NICOLAS TALBOTT, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants-Appellants. | No. 25-5087 |

**NOTICE**

On July 16, 2026, Defendants filed a motion for this Court to stay the issuance of its mandate pending the disposition of the United States' then-forthcoming timely petition for a writ of certiorari. Plaintiffs opposed that motion, which is fully briefed. We write to inform the Court that, on August 27, 2026, the United States timely petitioned for a writ of certiorari, and the case was docketed by the Supreme Court today as No. 26-272. *See* Fed. R. App. P. 41(d)(2)(B).[1]

[1] The docket is available at: https://www.supremecourt.gov/Search.aspx?FileName=/docket/docketfiles/html/public\26-272.html.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. McARTHUR
*Deputy Assistant Attorney General*

MARK R. FREEMAN
MICHAEL S. RAAB

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE
(202) 514-3511
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530