# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 1, 2026

Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: United States, et al.
v. Nicolas Talbott, et al.
No. 26-272
(Your No. 25-5087)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 27, 2026 and placed on the docket September 1, 2026 as No. 26-272.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst