**[ORAL ARGUMENT HELD JANUARY 22, 2026]**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>Defendants-Appellants. | No. 25-5087 |

**NOTICE**

Plaintiffs-Appellees submit this notice to advise the Court of significant and pertinent information that has come to their attention following the briefing of the Government's motion to stay issuance of the mandate.

On June 1, 2026, this Court held that the Hegseth Policy is "both arbitrary and based upon animus, and . . . violates Plaintiff-Appellees' constitutional right to equal protection of the law," and upheld the District Court's injunction as to currently serving Plaintiffs-Appellees.

Notwithstanding this Court's conclusion, the Government has continued to initiate involuntary separation proceedings against Plaintiffs-Appellees in violation of their constitutional rights:

- On September 11, 2026, Plaintiff-Appellee Roan Pickett received a notice that the Army is resuming processing his involuntary separation action. The notice states that the resumption of the separation action is "[d]ue to recent developments in the case of Talbott v. USA," and explains that the Department of Defense's processing of separations "includes the named plaintiffs in Talbott v. USA."[1]
- Also on September 11, 2026, Plaintiff-Appellee Dany Danridge received a notice that the Navy is instituting involuntary separation proceedings against him.[2]
- On September 15, 2026, Plaintiff-Appellee Austin Converse received a notice that the Navy has identified her for separation under the Hegseth policy, as well as a copy of an order directing her command to refer her to the Consolidated Disposition Authority for separation proceedings.[3]

Until this Court issues its mandate, these and other Plaintiffs-Appellees will continue to be subjected to the unconstitutional harms of the Hegseth Policy.

---

[1] A copy of Sergeant First Class Pickett's notice is attached to this letter as Exhibit A.
[2] A copy of Ensign Danridge's notice is attached to this letter as Exhibit B.
[3] A copy of Commander Converse's notice is attached to this letter as Exhibit C.

Plaintiffs-Appellees, therefore, respectfully renew their request that this Court issue its mandate forthwith.

Respectfully submitted,

Dated: September 18, 2026

*<u>/s/ Michael Haley</u>*
Jennifer Levi
Michael Haley
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jlevi@gladlaw.org
mhaley@gladlaw.org

Shannon P. Minter
Christopher F. Stoll
National Center For LGBTQ Rights
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257
sminter@nclrights.org
cstoll@nclrights.org

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

*Counsel for Plaintiffs-Appellees*

Exhibit A

**DEPARTMENT OF THE ARMY**
**U.S. ARMY CRIMINAL INVESTIGATION DIVISION**
**CENTRAL TEXAS FIELD OFFICE DETACHMENT**
**2200 SUPPORT AVENUE**
**FORT HOOD, TEXAS 76544-0740**

CIDD-TEX 11 September 2026

MEMORANDUM FOR SFC Roan L. Pickett, Fort Polk Resident Agency, 3220 Georgia Avenue, Fort Polk, Louisiana, 71459

SUBJECT: Resumption of Involuntary Separation Action and Postponement of Authorized Travel to Your Home of Record

1. Due to recent developments in the case of Talbott v. USA, the Department of War (DoW) has directed the resumption of all involuntary separation actions of service members who meet the criteria for separation IAW Executive Order 14183, DoW's implementing policy, and HQDA EXORD 175-25. This includes the named plaintiffs in Talbott v. USA. Questions regarding the legal basis for DoW's directive should be addressed to the attorneys representing you and the other named plaintiffs in Talbott v. USA.

2. In view of the above, the processing of your separation action has resumed and will continue until the action is complete or until otherwise directed.

3. IAW EXORD 175-25, FRAGO 2, paragraph 3.A.14.F., you will remain in administrative absence status during the processing of your separation action. All instructions regarding your administrative absence status and procedures stated in my memorandum dated 31 August 2026 remain in effect.

4. IAW EXORD 175-25, FRAGO 2, paragraph 3.A.14.K., you will attend all appointments and conduct all other official business in business casual civilian attire.

5. Due to the resumption of your administrative separation action, I am revoking my approval for you to travel to your home of record in non-chargeable administrative absence status from 15 September 2026 to 4 October 2026. You must postpone all travel for periods longer than a 4-day weekend pass until the following actions are completed:

(1) Initiate your pre-separation medical examinations. I will provide instructions on how to initiate that process. At minimum, you are required to schedule your initial medical appointments as determined by the Fort Polk military healthcare facility.

(2) Schedule an appointment with the Transition Assistance Program (TAP) and request initiation of a DD Form 2648, Service Member Pre-Separation / Transition Counseling and Career Readiness Standards checklist. Contact the Fort Polk TAP office at 726-780-1018 to schedule your appointment.

(3) You will receive your formal notification of separation IAW AR 635-200, Chapter 15, Secretarial Plenary Authority. ASAC Heinz will provide you with the formal notification memorandum and separation packet in-person as soon as possible after we receive your separation packet from legal.

(4) After you receive your formal notification memorandum, you will sign and return the acknowledgment form and schedule an appointment to consult with the Trial Defense Service (TDS), unless you waive your right to consult with TDS (if, for example, you elect to be represented solely by civilian counsel during the separation proceeding).

6. Upon completion of the above actions, I will consider a request to travel to your home of record in non-chargeable administrative absence status or to take chargeable leave. However, because you will be required to complete medical and TAP appointments, any such absence request will be limited to increments of no more than 10 calendar days, unless family or other circumstances warrant a longer absence.

7. Since you do not currently have access to a government computer with CAC-enabled digital signature, you will acknowledge receipt of this memorandum via email.

8. POC is the undersigned at [redacted] r [redacted]

ALEXANDER W. HAVEKOST
CPT, MP
Commanding

Exhibit B



**DEPARTMENT OF THE NAVY**
COMMANDER NAVY INSTALLATIONS COMMAND
716 SICARD STREET SE SUITE 100
WASHINGTON NAVY YARD DC 20374-5171

1920
Ser N00CDA/26U201
31 Aug 26

From: Commander, Consolidated Disposition Authority
To: ENS Dacia R. Danridge, USN

Subj: NOTIFICATION OF ADMINISTRATIVE SHOW CAUSE PROCEEDINGS ICO ENS DACIA R. DANRIDGE, USN

Ref: (a) Training Air Wing SIX ltr 1900 Ser N00 of 17 Aug 26
(b) SECNAVINST 1920.6D CH-1
(c) CNO Designation ltr 5800 Ser N00J of 11 Jul 25
(d) ALNAV 011/26
(e) NAVADMIN 097/26
(f) DoWI 1332.30
(g) USW (P&R) memo, "Additional Guidance on Prioritizing Military Excellence and Readiness," of 26 Feb 2025
(h) SECWAR memo, "Implementing Policy on Prioritizing Military Excellence and Readiness," of 8 May 2025
(i) SECNAV memo, "Direction Concerning Involuntary Separation Under Department of Defense Policy on Prioritizing Military Excellence and Readiness," of 3 Jul 25
(j) USW (P&R) memo, "Prioritizing Military Excellence and Readiness: Additional Implementation Guidance on Administrative Separations," of 8 Oct 25
(k) DoDI 1334.01
(l) MILPERSMAN 1920-200
(m) BUPERSINST 1070.27E
(n) USW (P&R) memo, "Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers," of 4 Mar 25
(o) ASN M&RA Memo of 4 Aug 26

Encl: (1) Acknowledgment of Rights Form

1. Per references (a) through (f), you are notified that a Board of Inquiry will be convened to make a recommendation on your retention in the U.S. Navy. As stated in references (g) and (h), the Secretary of War has determined that military service by service members who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria is not clearly consistent with the interests of national security. Pursuant to his authority in 10 U.S.C. § 1181, the Secretary of the Navy signed reference (i), implementing the Secretary of War guidance and establishing procedures for the review of the records of commissioned officers to

Controlled by: Department of the Navy
Controlled by: Consolidated Disposition Authority
CUI Category: PRVCY
Distribution/Dissemination Control: FEDCON
POC: CDA_Members@us.navy.mil

determine whether such officers should be required to show cause for retention on active duty. A review of your record, relying upon evidence in reference (a), indicates you have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria that requires you to show cause for retention in the naval service.

2. Administrative action requiring you to show cause has been initiated in accordance with reference (b) given your diagnosis or history of, or exhibiting symptoms consistent with, gender dysphoria as evidenced by an individualized medical record review dated 1 June 2026 per reference (a).

3. An in-person board of inquiry (BOI) will be convened requiring you to show cause for retention in the naval service. In accordance with reference (i) the separation authority will be the Secretary of the Navy. The board will consider your case even if you decide not to appear before it. Your rights before the BOI and the procedures for such boards are set forth in reference (b), reference (d), reference (j), enclosure (1), and in this notification.

4. The least favorable characterization of service that may be recommended in your case is Honorable.

5. Per reference (j) all service members attending separation hearings must conform to the uniform and grooming standards associated with their sex. Waivers to permit civilian attire or a uniform not associated with a service member's sex will not be authorized or considered. Should the service member not conform to the uniform and grooming standards, board proceedings will continue with the service member in absentia and may, as appropriate, take the service member's failure to comply with standards into consideration when determining whether the basis for separation has been established.

a. In accordance with reference (j), you are reminded that a service member's appearance in uniform should not be used to imply official approval or support for any particular viewpoint, and that service members are prohibited from participating in activities such as unofficial public speeches, interviews, picket lines, marches, rallies, or public demonstrations while in uniform.

6. You may exercise or waive the following additional rights:

a. You may submit, any time before the BOI adjourns for closed deliberations, any matter that you deem pertinent.

b. You may tender a qualified resignation request for an Honorable discharge in lieu of a BOI consistent with the guidelines for characterization of service in reference (b), enclosure (8). Reference (I) contains the format for this resignation request, which must be verbatim.

c. You may confer with appointed military counsel at no expense to you, or with civilian counsel retained at your own expense.

d. Respondents with over 18 years but less than 20 years of total active-duty service may

request early retirement under the Temporary Early Retirement Authority. Respondents with greater than 15 but less than 18 years of active service may request an exception from the Under Secretary of Defense for Personnel and Readiness via CNP and ASN(M&RA). Pending requests will not delay board proceedings.

e. In accordance with reference (j), if you request a board, you should not submit a retention waiver retention until after the board has made its findings and the separation authority has approved, changed, or disapproved the board's recommendations. If you do not elect a board, you may submit a retention waiver request. You may request to be considered for a waiver to remain in the United States Navy. Service members may be considered for a waiver on a case-by-case basis under reference (n), provided there is a compelling government interest in retaining the service member that directly supports warfighting capabilities and the service member concerned meets the following criteria:

(1) The individual demonstrates 36 consecutive months of stability in the individual's sex without clinically significant distress or impairment in social, occupational, or other important areas of functioning; and

(2) The individual demonstrates that he or she has never attempted to transition to any sex other than his or her sex; and

(3) The individual is willing and able to adhere to all applicable standards, including the standards associated with his or her sex.

f. You are advised that victims of sexual assault who are processed for involuntary separation may be entitled to additional rights. If you are a victim of sexual assault refer to OPNAVINST 1752.1D for more information.

g. You may request copies of the documents that will be forwarded to the Secretary of the Navy to support the recommendation for separation. You may submit your request at https://www.foia.gov.

h. Documents related to your administrative separation processing will become part of your official record. In accordance with reference (m), you have the right to respond to matters submitted into your permanent record that relate to your administrative separation processing.

7. Return enclosure (1) within 10 calendar days of receipt of this letter to your Commanding Officer. If you intend to tender your resignation, submit that with enclosure (1). Failure to exercise your rights or respond within the specified time will constitute a waiver of your rights.

8. Should your separation from the Navy result in your failure to fulfill your obligations under any agreement regarding any kind of incentive or special pay, bonuses, or advanced educational assistance, you may be required to reimburse the government for the unearned balance of that debt.

Subj: NOTIFICATION OF ADMINISTRATIVE SHOW CAUSE PROCEEDINGS ICO ENS DACIA R. DANRIDGE, USN

9. You have 30 days in which to prepare your case. The respondent may, for good cause, petition the Consolidated Disposition Authority (CDA) in a timely manner for continuances not to exceed 30 calendar days. The CDA will rule on requests for continuances if made prior to the convening of the board of inquiry (BOI). Once the BOI is convened, the senior member may rule on such requests or refer them to the CDA.

10. As the respondent, you are entitled to exercise the rights set forth in this notification. Your failure to invoke any of these rights will not be considered as a bar to the Board of Inquiry proceedings.

11. This letter is the notice required by references (b) and (f). You will be notified of the names of the Board members and of the date and location of the hearing by separate correspondence.

12. The point of contact for questions related to this matter is the CDA at navy_cnic_cda@us.navy.mil.

C. S. GRAY

Date: 11 SEP2026

From: ENS Dacia R. Danridge, USN
To: Commander, Consolidated Disposition Authority

Subj: ACKNOWLEDGMENT OF RIGHTS

Ref: (a) CDA Notification ltr 1920 Ser N00CDA/26U201
(b) DoD Financial Management Regulation, Volume 7A
(c) OPNAVINST 6100.3A

1. (DD) Receipt of reference (a) is acknowledged.

(DD) I elect a board of inquiry (BOI) and understand it will be held in my absence if I choose not to appear.

( ) I desire to tender my qualified resignation request for an Honorable discharge (attached, as per exhibit 2 of MPM 1920-200), and waive my right to a BOI.

2. ( ) I have served in an imminent danger pay area as defined by reference (b) within the last 24 months. All required pre- and post-deployment health assessments and medical screenings for PTSD and TBI have been completed as required per reference (c). PTSD/TBI has been diagnosed and was determined by appropriate medical authorities to be a contributing factor in this case.

( ) I have served in an imminent danger pay area as defined by reference (b) within the last 24 months. All required pre- and post-deployment health assessments and medical screenings for PTSD and TBI have been completed as required per reference (c). PTSD/TBI has not been diagnosed and was determined by appropriate medical authorities not to be a contributing factor in this case.

( ) I served in an imminent danger pay area as defined by reference (b) within the last 24 months while embarked on a U.S. Navy vessel OR embarked with a U.S. Navy aviation squadron conducting a routine deployment. Pre-and post-deployment health assessments and medical screenings for PTSD and TBI are not required per reference (c).

(DD) I did not serve in an imminent danger pay area as defined by reference (b) within the last 24 months. Pre- and post-deployment health assessments and medical screenings for PTSD and TBI are not required per reference (c).

3. ( ) I have / (DD) have not been referred into the Disability Evaluation System (DES).

4. My daytime telephone is [redacted].

5. My official e-mail address is ~~DACIA.DANR~~ N/A.

6. My personal e-mail address is [redacted].

ENS Dacia R. Danridge, USN

Copy to:
COMNAVPERSCOM

Encl (1)

DEPARTMENT OF THE NAVY
NAVAL DISTRICT WASHINGTON
1343 DAHLGREN AVE SE
WASHINGTON NAVY YARD DC 20374-5161

1900
Ser N04/288
15 Sep 26

From: Commandant, Naval District Washington
To: Department of the Navy Consolidated Disposition Authority
Via: Commander, Navy Personnel Command

Subj: PRIORITIZING MILITARY EXCELLENCE AND READINESS CONSOLIDATED DISPOSITION AUTHORITY REFERRAL FOR COMMANDER AUSTIN E. CONVERSE, USNR

Ref: (a) NAVADMIN 098/26
(b) ALNAV 011/26

Encl: (1) Involuntary Administrative Separation Message, DTG 081824Z SEP 26
(2) NSIPS Member Data Summary
(3) FLTMPS Administrative Data page

1. In line with reference (a), CDR Austin E. Converse was identified as having a current diagnosis or history of, or exhibiting symptoms consistent with, gender dysphoria. The Bureau of Medicine and Surgery has verified these criteria are met following review of the member's medical record, as indicated by enclosure (1).

2. The following information is provided:

a. Rank/Rate, First, Middle, Last Name: CDR/O-5 Austin E. Converse

b. DoD ID: [redacted]

c. Command(s) assigned (including UIC(s)): Naval District Washington (00171)

d. Does the member have an approved retirement date?

☐ Yes, approved date: ____________________ ☒ No ☐ Not applicable

3. As of the date of this letter, the member listed above ☐ is ☒ is not actively pending administrative separation for a reason other than gender dysphoria.

Subj: PRIORITIZING MILITARY EXCELLENCE AND READINESS CONSOLIDATED DISPOSITION AUTHORITY REFERRAL FOR COMMANDER AUSTIN E. CONVERSE, USNR

4. My primary point of contact for this matter is LCDR [redacted]. She can be reached at [redacted] and [redacted]. My secondary point of contact for this matter is LT [redacted]. He can be reached at [redacted] and [redacted].

A. F. SHOEMAKER
Chief of Staff

Copy To:
CDR Converse
CDA
NPC PMER Cell
OPNAV N131C

**[redacted] CAPT USN COMNAVDIST DC (USA)**

| | |
|---|---|
| **From:** | COMNAVPERSCOM MILLINGTON TN <postmaster@oix.navy.mil> |
| **Sent:** | Tuesday, September 8, 2026 3:25 PM |
| **To:** | FOUO MESSAGES; FOUO MESSAGES; [redacted] CAPT USN COMNAVDIST DC (USA) |
| **Subject:** | R 081824Z SEP 26 COMNAVPERSCOM MILLINGTON TN INVOLUNTARY ADMINISTRATIVE SEPARATION ICO CDR CONVERSE AUSTIN E. (PERS 454-441A)// |
| **Signed By:** | postmaster@oix.navy.mil |
| **Importance:** | Low |

CLASSIFICATION: UNCLASSIFIED//CUI//

Generated by OIX GATEWAY NORFOLK VA. Only authorized users may reply.

-----OFFICIAL INFORMATION DISPATCH FOLLOWS-----
RATUZYUW RUCCBWF0123 2511824-UUUU--RHMCSUU.
ZNR UUUUU
R 081824Z SEP 26 ZYB MID120041517168U
FM COMNAVPERSCOM MILLINGTON TN
TO COMNAVDIST WASHINGTON DC
INFO NAVMEDREADTRNCMD BETHESDA MD
TSC PENSACOLA FL
NAVMEDFORLANT PORTSMOUTH VA
BT
UNCLAS CUI //N01306//
PASS TO OFFICE CODES:
COMNAVPERSCOM MILLINGTON TN/454//441A/;BUMED FALLS CHURCH
VA//M3F/;CNO WASHINGTON DC/N132D/;
MSGID/GENADMIN/MIL-STD-6040(SERIES)/B.1.01.15//
SUBJ/INVOLUNTARY ADMINISTRATIVE SEPARATION ICO CDR CONVERSE AUSTIN E.
/(PERS 454-441A)//
REF/A/DOC/BUMED DAC MEMORANDUM/19 AUG 2026//
REF/B/DOC/NAVADMIN/098/26/R 241802Z APR 26//
POC/NPC PMER CELL/MIL/UNIT:PERS 45/-/TEL:COMM (901)874-3491
/TEL:DSN 882-3491/EMAIL: MILL-NPC-PMER@US.NAVY.MIL//
NARR/REF A IS BUMED DEPLOYABILITY AND ACTION CELL MEMORANDUM.
REF B IS IMPLEMENTING POLICY ON PRIORITIZING MILITARY EXCELLENCE
AND READINESS INVOLUNTARY SEPARATIONS.
GENTEXT/REMARKS/1. REMEMBER TO READ THIS MESSAGE IN ITS ENTIRETY!!!
2. CMD IS DIRECTED TO REFER MBR TO THE CONSOLIDATED DISPOSITION AUTHORITY (CDA)
VIA THE NPC PMER CELL FOR SEPARATION PROCESSING WITHIN 5 WORKING DAYS AS OUTLINED
IN SECTION 4 OF REF B. INCLUDE THIS MESSAGE WITH THE SEPARATION PACKAGE IN LIEU
OF THE MEDICAL VERIFICATION FOR ENCL (1).
3. COMMANDING OFFICERS MAY REQUEST A COPY OF REF A FROM THE NPC PMER CELL.
4. COMMAND HAS 10 CALENDAR DAYS FROM REFERRAL TO PLACE MBR ON ADMINISTRATIVE
ABSENCE. COMMAND MUST FORWARD A COPY OF THE PTDY ORDERS AND NOTIFY THE NPC PMER
CELL AND OPNAV 131C IMMEDIATELY UPON SAILOR'S PLACEMENT ON ADMINISTRATIVE ABSENCE.
5. THIS MESSAGE HAS BEEN SENT IN A SECURE ENVIRONMENT. HOWEVER, IF IT MUST BE

FORWARDED VIA EMAIL TO PERSON(S) WITH A NEED TO KNOW, YOU MUST ENSURE PROPER
SAFEGUARDS ARE TAKEN TO PROTECT THE CONTENTS SINCE IT MAY CONTAIN SENSITIVE PII.
YOU MUST ENCRYPT AND DIGITALLY SIGN ALL EMAILS THAT CONTAIN SENSITIVE PII. IF THE
EMAIL FAILS TO SEND BECAUSE OF ENCRYPTION ISSUES, DO NOT SEND UNENCRYPTED AS THAT
ACTION CONSTITUTES A PII BREACH AND MUST BE REPORTED. INSTEAD, CONTACT YOUR IAM FOR ASSISTANCE.
SENSITIVE PII IS DEFINED AS THAT INFORMATION ABOUT AN INDIVIDUAL THAT,
IF LOST, STOLEN OR COMPROMISED WOULD CAUSE UNDUE HARM AND AN UNWARRANTED INVASION OF PERSONAL
PRIVACY.//
BT
#0123
NNNN
<DmdsSecurity>UNCLASSIFIED//CUI//</DmdsSecurity>
<DmdsReleaser>BUPERS.NPC.GOES</DmdsReleaser>

CLASSIFICATION: UNCLASSIFIED//CUI//